**1040**

No. 775. CHEMICAL CLEANING, INC., ET AL. *v.* DOW CHEMICAL Co. C. A. 5th Cir. Certiorari denied. *M. Ted Raptes* for petitioners. *Charles J. Merriam* for respondent.

No. 777. BILLINGSLEY *v.* MACKAY. C. A. 5th Cir. Certiorari denied. *William D. Neary* for petitioner. *Philip I. Palmer* for respondent.

No. 780. LOFFLAND BROTHERS Co. *v.* ROBERTS ET AL. C. A. 5th Cir. Certiorari denied. *Robert B. Acomb, Jr.,* for petitioner.

No. 782. INTERNATIONAL CABLE T. V. CORP. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied. *Dirks B. Foster* for petitioner. *Mary Moran Pajalich* and *J. Thomasan Phelps* for Public Utilities Commission of California, and *William E. Mussman* for Pacific Telephone & Telegraph Co., respondents.

No. 783. CITY OF HAMMOND *v.* McLEAN, TRUSTEE, ET AL.; and
No. 784. WOODMAR REALTY Co. *v.* McLEAN, TRUSTEE, ET AL. C. A. 7th Cir. Certiorari denied. *G. Edward McHie* for petitioner in No. 783, and *Owen W. Crumpacker, Harold Abrahamson* and *Milton K. Joseph* for petitioner in No. 784. *Porter R. Draper* for respondents in both cases. Reported below: 384 F. 2d 776.

No. 786. BARNES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Harris A. Gilbert* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.